IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRINCE KWADWO SARFO,

      Petitioner,

vs.                                                          No. CIV 11-1113 JB/GBW

RAY TERRY, Warden,

      Respondent.

**FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on the United States of America's Government's Motion to Dismiss Petition For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 filed January 31, 2012 (Doc. 10)("Motion").  The Court has entered an Order granting the Motion and dismissing the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed December 19, 2011 (Doc. 1).  See Order of Dismissal Without Prejudice, filed January 31, 2012 (Doc. 11).  There not being any other issues for the Court to decide in this case, entry of final judgment is now proper.

      **IT IS ORDERED** that final judgment is entered in this matter.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Prince Kwadwo Sarfo
Otero Processing Center
Chaparral, New Mexico

      *Plaintiff pro se*

Kenneth J. Gonzales
  United States Attorney
Bill Pflugrath
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the United States of America*